JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GS Holistic, LLC, | CV 22-06840-PSG-AGR |
| Plaintiff, | **JUDGMENT** |
| v. | |
| NATTS SMOKE II INC. et al., | |
| Defendants. | |

**WHEREAS**, on May 10, 2023, the Court Clerk entered default against Defendants Natts Smoke II Inc. and Joseph A. Salhab (collectively, "Defendants") [16], pursuant to Federal Rule of Civil Procedure 55(a),

**WHEREAS**, on July 18, 2023, this Court **GRANTED** GS Holistic, LLC's ("Plaintiff") Motion for Default Judgment [19] against Defendants,

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED**, upon the findings of the Court, that Judgment is entered in favor of Plaintiff and against Defendants, in accordance

with this Court's previous Order granting Plaintiff's
Motion for Default Judgment [23].   The Court enters
judgment in favor of Plaintiff and against Defendants as
follows:

1.    Pursuant to 15 U.S.C. § 1117(c)(2), Defendants
      are jointly and severally liable to GS Holistic
      for statutory damages in the amount of
      $150,000;

2.    Plaintiff is awarded costs in the amount of
      $532.00; and

3.    Defendants, their agents, employees, officers,
      directors, owners, representatives, successor
      companies, related companies, and all persons
      acting in concert or participation with them,
      are hereby **PERMANENTLY ENJOINED** from directly
      or indirectly engaging in, or authorizing or
      assisting any third party to engage in, any
      further infringement of the Stündenglass marks,
      including but not limited to:

      a.    Import, export, making, manufacture,
            reproduction, assembly, use, acquisition,
            purchase, offer, sale, transfer, brokerage,
            consignment, distribution, storage,
            shipment, licensing, development, display,
            delivery, marketing advertising, or
            promotion of the counterfeit Stündenglass
            product identified in the complaint and any
            other unauthorized Stündenglass product,

1                     counterfeit, copy or colorful imitation

2                     thereof; and

3       b.       Defendants, at their cost, must deliver to

4                     Plaintiff for destruction all products,

5                     accessories, labels, signs, prints,

6                     packages, wrappers, receptacles,

7                     advertisements, and other material in their

8                     possession, custody or control bearing any

9                     of the Stündenglass Marks.

10     As no defendants or claims remain, the Clerk shall

11 close this matter.

12

13     **IT IS SO ORDERED.**

14

15 DATED: July 18, 2023                               _____

16                              **HONORABLE Philip S. Gutierrez**

17                              District Court Judge

18

19

20

21

22

23

24

25

26

27

28